Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

JUN 2 2020

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

LAZARO Quinones-Cedeno.
Plaintiff,

_____

_Your full name_

**FEDERAL CIVIL RIGHTS
COMPLAINT
(_BIVENS_ ACTION)**

v.

Ms. I. Ridenour, Specialist Teacher,
Defendant
M.B. Antonelli, FCC Warden,
Defendant
Paul Adams, FCI Warden,
Defendant
A. Garcia, Associate Warden
Defendant

_Enter above the full name of defendant(s) in this action_

Civil Action No.: 3:20-CV-88
_(To be assigned by the Clerk of Court)_

Groh
Trumble
Sims

## I.   JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).**  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.   PARTIES

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

A.   Name of Plaintiff. Lazaro Quinones-Cedeno. Inmate No. 06288-000
Address FCI Hazelton
P.O. Box 5000 Bruceton Mills, West Virginia. 26525.

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

Attachment A

B.   Name of Defendant: _Ms. I. Ridenour._
Position: _Education Specialist._
Place of Employment: _FCI Hazelton_
Address: _1640 Sky Drive_
_Bruceton Mills, WV. 26525_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes      ☐ No

If your answer is "YES," briefly explain: _She is a teacher using her_
_position to speak abusively to inmates. She was used by her superiors_
_to target me on 01-15, 01-30 and 02-26-2020, with false illegitimate worthless,_
_defamatory statement to cover-up M.B. Antonelli, P. Adams and A. Garcia_
_to get away with civil action no. 3:20-cv-50, 3:20-cv-50, in process in U.S._
_District Court Northern District (Wheeling Division) Also, civil action no. 1:19-cv-00064_
_pending in Southern District Court WV (Beckeir Division)_

B.1   Name of Defendant: _M. B. Antonelli._
Position: _Federal Correctional Complex Warden_
Place of Employment: _U.S.P. Hazelton_
Address: _1640 Sky Drive_
_Bruceton Mills, WV. 26525_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes      ☐ No

If your answer is "YES," briefly explain: _He is the Complex warden. He is_
_abusing his power and authority, putting his staff Job's at risk by staff harassing me_
_to help him to get away with his wrongdoings, mainly females staff. His actions and_
_omissions constitute violations of the First, Fifth and Eigth_
_Amendment of the U.S. Constitution._

B.2   Name of Defendant: _Paul Adams._
Position: _FCI Warden_
Place of Employment: _FCI Hazelton_
Address: _1640 Sky Drive_
_Bruceton Mills, WV. 26525_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes      ☐ No

Attachment A

If your answer is "YES," briefly explain: He's the FCI Warden, Abusing his Authority. He has failed to take corrective action to stop this Abuse of Due Process and harassment by his staff from continue. Despite my filing complaints and grievances he still as of this date failed to take action and my appeals are voted and revoted, erroneously rejected by FCI Hazelton and Mid-Atlantic Reg. Office Coordinator.

B.3   Name of Defendant: A. Garcia.
Position: Associate Warden.
Place of Employment: Federal Correctional Institution, Hazelton.
Address: 1640 Sky Drive
Bruceton Mills, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: He is Associate Warden, pushing and pulling behind the scene. He has failed to take corrective action to stop this Abuse of Authority, harassment and retaliation by staff toward me from continue.

B.4   Name of Defendant: Ms. M. Thompkis.
Position: Education Supervisor
Place of Employment: Federal Correctional Institution, Hazelton
Address: 1640 Sky Drive
Bruceton Mills, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: She's the Education Supervisor. She has failed to take corrective action to request her staff to cease harassing and retaliating inmates in Education who are reporting complaints, filing grievances and lawsuits. It is regrettable to know that I continue having problems to report with staff working under her authority. Just to cover up wrongdoings from the administration.

Attachment A

B.5    Name of Defendant: _MS. M. Bluehling._
Position: _Education Specialist._
Place of Employment: _FCI Hazelton_
Address: _1640 SkyDrive_
_Bruceton Mills, WV. 26525_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes         ☐ No

If your answer is "YES," briefly explain: _she's a teacher using her position to_
_harassing and retaliating inmates for no reason at all 24/7 in education. she violated_
_my First Amendment right be engaging in a retaliatory conduct and obstructing_
_my access to the court interfering with my legal Documents in violation_
_of my constitutional rights, covering up M.B. Antonelli abuse of_
_power and authority._

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _F.C-I. Hazelton_

A.    Is this where the events concerning your complaint took place?
☑ Yes         ☐ No

If you answered "NO," where did the events occur?
_Not - Applicable_

B.    Is there a prisoner grievance procedure in the institution
where the events occurred?    ☑ Yes         ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the
prisoner grievance procedure?
☑ Yes         ☐ No

D.    If your answer is "NO," explain why  not: _____
_Not - Applicable._

E.    If your answer is "YES," identify the administrative grievance procedure
number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _ID. 1009125-R1   IR. 3352715   From 01/15/2020, continuous Treatment X_ _See._ _Exhibit B_

LEVEL 2 _ID. 1011393-F2   IR. 3370854   From 02/26/2020, run-around Treatment X Exhibit-C_

LEVEL 3 _ID.1005848-F1 From 01/30/2020, Forwarded to the special h   Exhibit-A_
_Investigative Supervisor, no results she continued retaliating on me_
_Level.3 ID. 1002753-R2 From 12/30/2019 Forwarded to the special investigation Supervisor Exhibit D_

## IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?     ☑ Yes     ☐ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1. Parties to this previous lawsuit:

   Plaintiff(s): _Lazaro Quinones-Cedeno._

   Defendant(s): _Ms. Barbara Rickard Warden, Roldan Randan LT SIS._

2. Court: _U.S. District court of west Virginia, Bluefield Division._
   *(If federal court, name the district; if state court, name the county)*

3. Case Number: _1:19=CV=00064_

4. Basic Claim Made/Issues Raised: _Violation of Due Process Rights_
   _Harassment, obstruction of Justice, Abuse of Power and_
   _Authority, retaliatory prison transfers. These Actions and omissions constitute_
   _violations of the First, Fifth and Eight Amendment of the U.S. Constitution._

5. Name of Judge(s) to whom case was assigned:
   _Omar J. Aboulhosn. Magistrate Judge / David A, Faber U.S._
   _District Judge._

6. Disposition: _Pending_
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit: _January 25, 2019_

Attachment A

8.    Approximate date of disposition. Attach Copies: _Pending_

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
      ☑ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_I filed the proper forms in all remedies. I have become a victim of the run-around type of treatment, harassment, retaliation and obstruction of justice_

E.    Did you exhaust available administrative remedies?
      ☐ Yes        ☑ No

F.    If your answer is "YES," briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_Remedy ID. 1009125-R1  IR. 3352715 from 01/15/20 is pending in C. Office_
_Remedy ID. 1041393-F2  IR. 3370854 from 02/26/20 is pending in Mid-Atlantic Reg. Office, MD._
_Remedy ID. 1005848-F1 from 01/30/20. This case was forwarded to the Special Investigative Supervisor without no results. They didn't take a corrective action to ensure this harassment by Mr. T. Ridenour, cease to occur._

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

_"See Attachments"_

Page 12

IV. Previous Lawsuits And Administrative Remedies: 6

Quinones-Cedeno. v. M.B. Antonelli; Civih Action No. 5:20-cv-50

Neclect by Harsh Abuse of Power and Authority. Obstruction of Justice, Violation of my Fifth Amendment Due Process Rights and Retaliatory Prison Transfer. Allowing unprofessional misconduct from staff toward me, Just to get rid of Associate Warden R. Garcia, away from exposures and to solicit Money from Tax-payer and Treasy dollars.

Court: U.S. District Court for the Northern District of West Virginia. (Wheeling)

Name of Judges (s) to whom case was assigned. John Preston Bailey, James P. Mazzone.

Disposition: Pending.

Approximate date of filing lawsuit. 03-18-2020

Quinones-Cedeno v. M.Bluemling: Civih Action No. 5:20-cv-00053

Plaintiff has suffered mentah and emotionah distree, aggravation, Annoyance And inconvienice And other damages toward him of standing in the education Department doing his legah work due to Education Specialist Ms. M. Bluemling And other staff

Court: U.S. District Court for the Northern District of West Virginia. (Wheeling)

Name of Judge(s) John Preston Bailey, James P. Mazzone.

Disposition: Pending

Approximate date filing lawsuit: 03-18-2020

Page 12.

## IV. Previous Lawsuits And Administrative Remedies. G

Quinones-Cedeno v. A. Garcia.    Civil Action No: 5:20-cv-50

He is pulling and pushing behind the scene. His circles of influence seem to affect me in a negative manner and other areas as well. Despite He is going a lot of racism against, He is taking advantage of my complaints. He has failed to take corrective action.

Court: U.S. District Court for the northern District of West Virginia (Wheeling)

Name of Judges(S) to whom case was assigned. John Preston Bailey, James P. Mazzone.

Disposition: Pending.

Approximate date filing Law Suit: 03-18-2020

Quinones-Cedeno v. Healey.  Civil Action no: 1:20-cv-00048

mistreatment and Discrimination. Plaintiff was merely subjected to cruel and unusual punishment because staff, acting outside of their function in the Kitchen (allowing inmates to run the Kitchen) chose to fire Plaintiff because they need to discredict Plaintiff to get Foreman Cook Healey and Handlin removed from this facility. And inmates along with staff need to get Plaintiff out of the Kitchen detail, staff Justify their discrimination toward Plaintiff through inmates. And express their a hate and racism against Garcia through Plaintiff. Compound officer R. Reckart, in conjunction with Foreman Cook T. Thorne, were returned Plaintiff from the Kitchen in retaliation for a letter to the U.S. President Plaintiff allowed compound officer R. Reckart to read. Most of this staff don't want to hire an inmate who is Reporting complaints, filing Grievance, filing lawsuit o write to the Government. Read attached letter 9,28,2017

Court: U.S. District Court for the northern District of West Virginia (Clarksburg)

Name of Judge(s) to who case was assigned: Thomas S. Kleeh, Michael John Aloi.

Disposition: Pending.

Approximate date of filing lawsuit:    03-18-2020

From: LAZARO QUINONES-CEDENO. 06288-000
F.C.I. Williamsburg
P,O. Box 340
Salters, South Carolina. 29590

To: DONALD J. TRUMP. u.S. President,                    September 28, 2017
The White House
1600 Pennsylvania Ave.
Washington, D.C. 20500

Dear Mr. President,

By way of introduction. As for Associate Warden Ms. V. MOSER, I've heard of her dreams for succeed in tne Bureau or Prisons. She has done everything to earn the respect of her staff and inmates in these prisons. I like her brightness, her energy, her vitality. And I like her guts. I think she has bigger balls than any candidate for a higher position. She's not afraid to piss people off. She's not afraid to do the right thing in order to keep this facility moving forward. She's the epitome of strong intelligent and a hard working woman. She will stop the abuse to protect the B.O.P.'s reputation. I respect her. Especially as a woman. It will be much harder for her that it is for any other person to sterr a facility. It takes a lot of balls but, she will do the job. I tnink a woman warden would be strong figure, and I think she would be more empathetic warden. It has nothing to do with her being a woman. It has everything to do with who she is.

Regardless of her future work goals, she has spelled them out for this facility and others facilities around tne states. She's an outstanding person and an excellent Associate Warden and knows how to lead her staff in a positive direction. She's very concern in the FBOP quest for continuous staff improvement. She has becomes a person we consider to be quite reasonable, quite intelligent, might even enlightened in regard of her tremendous dedication and desire to be promoted to a higher position in the Bureau of Prisons.

With all these beautiful qualities Ms. V. MOSER, is worthy to be promoted by the President of the United States to a higher position in the Bureau of Prisons.

In awaiting of your prompt response, I remain. Thanks.

Respectfully yours,

PAGE 12.

IV. Previous Lawsuits And Administrative Remedies. G.

Quinones-Cedeno v. Jennifer Resh. Civil Action No. 3:20-cv-50
PLAINTIFF,                    Defendant

Cruel And Unusual treatment and deliberate indifference (standard)
of the Eighth Amendment, Medical needs by being An indigent inmate
has been denied Medication, disregard Specific known risk of
Plaintiff health by (supervisor liability) "obdurately" "wantonly"
or " with deliberate indifference.")

(Fail to Address A Known pervasive risk of Plaintiff's health
or safety.) In support of H.B. Antonelli, Harsh Abuse of Power And Authority.
A Sufficiently Serious deprivation occured by prison official's
by Act or omission... result [s] in Denial of the Minimal
Civilized Measure of life's necessities. To solicit Money from Tax-Payers.

Court: U.S. District Court for the Northern District of
        West Virginia (Martinsburg Division)

Name of Judge[s] to whom case was Assigned: Chief Gina M. Groh.

                        Magistrate Judge: Robert W. Trumble.

Disposition: Pending.

Approximate date of filing Lawsuit  March 18-2020.

Page 12

## IV. Previous Lawsuits and Administrative Remedies. G.

Quinones-Cedeno v. K. Bankson.  Civil Action No. 3:20-cv-50

In regard to Health Service care on 01/21/2020 in Education Department. I was assessed by nurse Ms. K. Bankson. Plaintiff was treated very unprofessionally, with discrimination, cruel and unusual treatment as nurse Ms. K. Bankson, in charge of taking care of my condition. Acting outside of her position and responsibilities chose to ignore my issue at that moment mistreating me verbally by stating: "You Have no Medical issues" "You're fine to stay in Education" "Quit Bull-shitting"

Deprivation of (a) basic human need was objectively sufficiently serious. And objectively the nurse Ms. K. Bankson, act(ed) with sufficient culpable state of mind. However; nurse Ms. K. Bankson, knows of and disregard an excessive risk to Plaintiff health or safety result of harassment abuse of power and Authority which could has been a heart attack sympton due to the stress caused by Education Teachers Ms. J. Ridenour and Ms. M. Blueylind under Education Supervisor Ms. M. Thompkis and FCI Warden P. Adams' Authority. It could've placed Plaintiff Life at Risk. Which is sufficient to state of Constitutional Deprivation.

This Harassment and Abuse of Power and Authority violated the Eight Amendment Right by nurse failure to provide adequate Medical care for.

Court: U.S. District Court for the Northern District of West Virginia (Martinsburg Division)

Name of Judges. Chief Gina M. Groh  Magistrate Judge Robert W. Trumble.

Disposition: Pending.

Approximate Date filing Law-suit  03/18/2020

Page 12.

## IV. Previous Lawsuits And Administrative Remedies. G.

Quinones-Cedeno. V. Paul ADAMS.    Civil Action No.3:20-cv-50

He is Abusing his Authority And Power. He has failed to take corrective Action to stop this Abuse of Due Process and Harassment by his staff toward Me.

It is regrettable to know I still have continual repetitive problems to report with staff working under his authority. Titos actions and omissions constitute violation of the First, Fifth and Eight Amendment of the United States constitution.

Court: U.S. District Court For the northern District of west virginia (Martinsburg Division)
Name of Judges: Chief Gina M. Groh Magistrate Judge Robert W. Trumble.
Disposition: Pending.
Approximate date filing Law-suit  03/18/2020

Attachment A

Plaintiff(s): _____ See Attachment.

Defendant(s): _____ See Attachment.

2.  Name and location of court and case number:

    _____ See Attachment. _____

3.  Grounds for dismissal:   ☐ frivolous   ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4.  Approximate date of filing lawsuit: _____ See Attachment.

5.  Approximate date of disposition: _____ See Attachment.

## V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)*

CLAIM 1: M. B. Antonelli. Fcc Warden.

_____ "See Attachment" _____

Supporting Facts: _____ "See Attachments." _____

V. STATEMENT OF CLAIM. #1   M. B. ANTONELLI. FCC WARDEN   PAGE 13-14

Obstruction of justice is an impeachable offence and can face serious consequences based in violation of my FIFTH AMENDMENT DUE PROCESS RIGHTS. It is a classic high crime. federal criminal law is very expansive on the topic. It punishes anyone who corruptly or by threats of force, retaliation, influence, obstruct, impede the Due Process Rights. This is excellent claim based upon the FIFTH AMENDMENT OF THE U.S CONSTITUTION.

Supporting facts:

On March 29, 2018, I was falsely accussed of thratening another with Bodily/ Harm Refusing to Obey an Order of any satff. Incident Rpt. No. 3106188 Code 307, Case No. 939314-R2.

Due to this remedies ID. 918649-A1, exhausted on 05/23/ 2018 and ID. 939314-R2 from 04/04/ 2018, which was never exhausted by SERO Director in Atlanta, Ga. J.A. Keller, and now FCC Warden in Hazelton, WV., M.B. Antonelli. I was hit with a retaliatory prison transfer which triggered me on 05/18/ 2018. I was transferred from FCI Williamsburg, SC. to Oklahoma Detention Center, Ok. to FCI McDowel, WV. where I filed Civil Action No. 1:19-cv-00064, on Jan. 25, 2019, still pending in the Southern District Court of West Virginia (Bluefield Division,) by the way you can find documents concerning to remedy ID. 918649-A1, RI No. 3039907, Code 312 from October 02, 2017 and remedy ID. 939314-R2 IR No. 3106188 Code 307 from March 29, 2018, in the Civil Docket record from the first Amendment Complaint March 03, 2019. (Attachment #1, Exhibit in support (MK) Case No. 1:19-cv-00064.

On April 01/ 2019, FCI Williamsburg, SC. Warden M.B. Antonelli, Southeast Regional Office Director J.A. Keller in Atlanta., Ga and others named in the case were terminated by magistrate Judge Omar J. Alboulhons and District Judge Davis A. Faber, from Civil Action No. 1:19-cv-00064, pending in Southern District court of West Virginia. (Bluefield Division) by no having Southern District Court, WV., jurisdiction over those defendants in South Carolina and Atlanta, Ga. District.

STATEMENT OF CLAIM  Parties- B- Page-8 Education Specialist Ms. J. Ridenour.

It is regrettable to see how M.B. Antonelli, FCC Warden and Paul Adams, FCI Warden are using females staff to get away with their exposures, Harsh, Abuse of Power and Authority.

It can be found that Ms. J. Ridenour, lied in the eyes of the video-tape in Education Department, on January 15 and February 26, 2020. It is an important tools for the administration to get away with wrongdoings but there is also a great opportunity for them to express dislike, hate and racism against Associate Warden A. Garcia, through  Plaintiff, for being him an hispanic person doing his job.

These sanctions, as imposed unjustly in the UDC hearing by UDC Committee J. Rivera nad C. Magerko 01/21/ 20 and J. Rivera and D. Moyers on 03/04/ 2020 to Plaintiff (Read Exhibit B2) under those circumstances contravenes video-tape evidences which state in pertinent part that: prisoners have the right to present evidences for their defense including video-tape evidence.

It is a violation of Due Process to withhold or refuse to admit video-tape evidence during the prison dsciplinary hearing process. The way to right wrong is to turn the light of truth upon them.

This is a continuing example of how this administration works together to impede Plaintiff rights and Abuse their Power and Authority. Such blatant actions are not only egregious but they are impeding Plaintiff right and ability to file his legal work. Same way they're puttitng this females' job at risk. Every staff member is being coerce to impede Plaintiff's ability to report complaints, filing grievances or file a lawsuit.

Supporting facts:

"See-Attachment."

LAZARO QUINONES-CEDENO. 06288-000
F.C.I. Hazelton
P.O. Box 5000
Bruceton Mills, West Virginia. 26525


To: DONALD J. TRUMP. U.S. President,                    May 20, 2020
    The White House
    1600 Pennsylvania, Ave N.W.
    Washington, D.C. 20500

Dear President,

    I would like to instroduce to you this remarkable tech. Teacher Ms. J. Ridenour,

of strong principles and inspirations of intelligence. Just one of those special people,

equipped with experience, charisma and sucess in her task to forge ahead.

    Professionally, she is an inspiration to those who are lucky enough to work beside

her. She is not blown by winds of superiority, nor swayed by special interest, neither

influenced by "PARTY CONSIDERATION," but rather, a tech. Teacher, who also seeks the

best for the Education Department in this Federal Complex and the Bureau of Prisons.

    She has worked very, very hard to perfect every detail to send an important message

that reflects and display the charasteristics needed for being one of the most brillant

and consistant person that stand ready to work together and do what we believe is right

to keep the Federal Complex moving forward.

    With an Educational Doctorate Degree obtained, she is worhty to be appointed by the

U.S. President in a higher position in this Federal Bureau of Prisons.

    In awaiting of your prompt response, I remain. Thanks.


                                    Respectfully your,

This case No. 1:19-cv-00064, continue open by having Southern District Court of West Virginia jurisdiction over defendants, Ms. Barbara Rickard ex-warden, Roldan Randan Lt. SIS and others staff in FCI McDowell, WV., who were obstructing my Due Process Rights by holding and withholding my remedies in violation of the Fifth Amendment of the U.S. Constitution, failing to deliver the remedy rejection notice in a timely fashion and by failing to provide notice of non-delivery, in support of FCI Williamsburg Warden M.B. Antonelli, now employed in FCC Hazelton, WV and SERO Director in Atlanta, Ga. J.A. Keller and others staff mentioned in my Amend complaint.

To the extent, staff in FCI McDowell, WV., were in violation of what FCI McDowell WV., captain Daniel P. Munn, stopped them from continuing to do. The Above obstruction of justice. Then retaliation ensued upon me and I become a victim of a conspiracy to get rid of captain Munn, by staff expressing their dislike toward Munn through me.

I was placed in the Special Housing Unit (SHU) on December 20, 2018, with a fabricated incident Rpt. No. 3204610 Code 307 ID 1007189-R1, pending now in the Office of the General Counsel, Bureau of Prisons, Washington, DC.

On Agust 08, 2019, Plaintiff was transferred to Federal Bureau of Prisons Holdover facility in Oklahoma, to be transferred to FCI Hazelton, WV., on August 12, 2019. On October 08, 2019, Plaintiff received a third missing box of his property with some legal documents and personal property, where a Court MEMORANDUM Opinion Order was found hidden and openned. A magistrate recommendation which Plaintiff never received. Same day Plaintiff received through the Mail Room the MEMORANDUM Opinion and judgment Order entered September 25, 2019. U.S. District Court David A. Faber, adopted the undersigned recommendation dismssed Plaintiff complaint, and removed Case No. 1:19-cv-00064, from the Court's active docket. (Read exhibit (e) Objection to PF&R MEMORANDUM.

Plaintiff avers if the magistrate recommendation was mailed by the court prison officials never gave the mail to Plaintiff. Prison Mail Room records in FCI McDowell, WV.,

will reflect no records by inpection, open in presence of inmate and signed by Plaintiff as have received Magistrate Recommendation.

On January 03, 2020, Plaintiff filed a letter form complaint in the U.S. District Court for the Southern District of West Virginia. (Bluefield Division). On February 12, 2020, the Civil Action No. 1:19-cv-00064 was transferred to Norhtern District Court, United States of West Virginia, because Plaintiff and named defendant M.B. Antonelli, now are both within the jurisdiction of Norhtern District Court of West Virginia. On March 16, 2020, Plaintiff refiled his complaint on the Court-Approved form, and it has been assigned to District Court Judge John Preston Bailey and Magistrate Judge James P. Mazzole.

I am caught in the crossfire of racism conflict between two opposing position (M.B. Antonelli & Paul Adams) against one faction (A. Garcia) within the rank of file of staff, expressing their hate, dislike, racism etc., toward Associate Warden A. Garcia for being him an hispanic person, he is doing his job. Same happened with Captain Daniel P. Munn, in FCI McDowell, WV., facility (Read enclosed letters about him.)

I know that the Northern District Court of West Virginia, (Bluefield Division) does not have jurisdiction over those defendants in FCI McDowell, WV. and Southeast Regional Office in Atlanta, Ga., but it has jurisdiction over these defendants in FCI Hazelton, WV., facility.

Therein, lies the problem that brought me into this hostility by staff officials and officers in those aforementioned facilities and Office. FCC Hazelton, WV. warden M.B. Antonelli, seems to be the core of this systematic pattern of corruption, harsh Abuse of Power and Authority, obstruction of Justice against, trying to get away with his exposures by putting his staff's job (Mainly females) at risk to save his spoiled, corruptive administration.

Attachment A

"See Attachment."

CLAIM 2: Paul ADAMS, FCI WARDEN

"See Attachment"

Supporting Facts:

"See-Attachment"

CLAIM 3: A. GARCIA, Associate WARDEN, is doing his Job in this Facility with spirit of Love and correctional excellence. Due to that I have became a victim of staff expressing their dislike, hate, racism, etc. Against him for being A Hispanic person, through me. By doing that staff is in violation of my Due Process Rights. Their Action and ommissions constitute violations of the First, FifTH and Eight Ameandment of the United States Constitution.

Supporting Facts: Read Attached letter in his support dated January 23, 2020, to the U.S. President. I wasn't able to forward such A letter For security reasons and his negligence to take A corrective Action in this Abusive conduct of his staff against Plaintiff.

CLAIM 4: Ms. M. Thompkis, Education Supervisor

The First Amendment prohibit Jail prison officials from retaliating against inmates who report complaints, File grievances, or file lawsuits. This way of retaliation offends the Constitution and threatens to inhibit the exercise of our protect Rights. This coerupt harsh Abuse of Power and obstruction of Justice is an impeachable offence and can Face serious consequences based in violation of the FifTH Amendment Due Process Rights.

Supporting Facts:

"See Attachments"

V. <u>STATEMENT OF CLAIM.</u> #2   <u>Paul Adams.</u>         <u>Attachement A.2.</u>

    Neglect by Harsh Abuse of Power and Authority, Obstruction of Justice, violation of my <u>FIFTH AMENDMENT DUE PROCESS RIGHTS AND RETALIATION.</u>

    The first Amendment prohibit jail prison officials from retaliating against inmates who report complaints file grievance, or file lasuit. This way of retaliation offends the Constitution and threatens to inhibit excercise our protect rights.

<u>SUPPORTING FACTS:</u>

Warden Paul Adams, is aware of all the facts mentioned in V. Statement claim and has failed to take corrective action in this unprofessional conduct by staff under his authority.

*Supporting facts:*

V. Statement claim #3          A. Garcia, Associate Warden.

Lazaro Quinones-Cedeno 06288-000
Federal Correctional Institution Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

To: Donald J. Trump, U.S. President
The White House
1600 Pennsylvania Ave. N.W.
Washington D.C.  20500

January 23, 2020

    I understand that I am caught in the crossfire of a racial conflict between two opposing positions against one faction within the rank of file of staff.  This should not be!  And it appears that there is a connection that leads to Complex Warden B.M. Antonelli's influence along with Warden Paul Adams.  Their circles of influence seem to affect me in all negative manners having continual and repeated problems to report for pursuing my issues in this Harsh Abuse of Power, and Obstruction of Justice in the aforementioned Civil Case.  Case point, I can't get the warden or my unit team to assist me with my issues.  The (FBOP) needs to remove bigoted staff officials and officers with history of misconduct for psychological evaluations.  They are a waste of Tax-Payers' and Treasury Dollars.

    It is unfair putting me through all this harassment and hostility to get rid of Associate Warden, A. Garcia, who stopped the administration for controlling and tampering my Legal Mails. To enable this abuse of power and obstruction of justice to continue in violation of my rights and other prisoners' rights.  To the extent Associate Warden A. Garcia was the one who helped me find the hidden box of property, on Sept. 25 and October 07, 2019, that was "lost" in the property room, where, within my property, I found the "PROPOSED FINDINGS AND RECCOM-MENDATIONS" dated June 26, 2019. which was dismissed September 25, 2019, by Senior United States Magistrate, David A. Faber.

    Since then, I've become a victim of harrassment and retaliation by education specialists; Ms. Bluemling, Ms. J. Ridenour, Ms. O. Brown, Mr. Glotfelty, who, in conjunction with Education supervisor, Ms. Thomkins, have been obstructing me with their harassment by continuing to prevent me from pursuing this Civil Case, by stopping me repeatedly, and harassing me over my research on this case.

(1 of 2 )

I am in the middle of a crossfire of a conspiracy against the daily effort and sacrifice of Associate Warden A. Garcia, to keep a safe, secure and worthy FCC Hazelton by administrative officials and Complex warden B.M Antonelli, and FCI Warden Pauls Adams are very implicated on it.

Herein; they knowingly, intentionally, and absolutely, in an outrageous aspect combine, conspire, confederate, and agree with one another, and other staff members, whose names are known and unknown in my complaints to get rid of A.W. A. Garcia., for being Hispanic. It is part of the ways and means of the conspiracy that M.B. Antonelli leads the conspiracy along with J.A. Keller, SERO Director in Atlanta, Ga. FCI Warden Paul Adams, the whole SIS Deparment staff, Education Supervisor Ms. Thompkis, Education Specialist Ms. M. Bluemling Ms. J. Ridenour, Unit Manager J. Rivera,, Lt. C. Troutman,, correctional officers, Bennet, Fabery, Davis, Compound Officer R. Rickart, Nurse MS. J. Resh, forman cooks T. Thorne, and Hall, and other staff and officers known and unknown in my complaints.

They feel such traitors found guilty of treason and worse yet, cowardice violating prisoners, rights with intentional misconduct, by putting the (BOP) integrity and reputation at risk. Please understand that Associate Warden A. Garcia, represent A BIG THREAT TO M.B. Antonelli, Complex Warden and to Paul Adams, FCI Warden. He is performing his job with spirit of love, care and respect to preserve the safety of the staff and inmates as the greatest priority of secure running operating Complex. Which I've become a victim.

Please, once again send a FDERAL AGENT INVESTIGATOR to speak with me. I may know something that you don't knowm and I'm quite limited to say it in my letter for security reasons. This is a messy situation. If the fact reveals that Associate Warden A. Garcia, neglect his duties as an A.W., i let him bocome know as the OBSTRUCTOR IN CHIEF, Let staff and officers see that he is the one who the (BOP) needs to reject, now. Otherwise; please, let him bocome known to you as someone who is extremely thoughtful, very

bright with a tremendous dedication and organizational skills, to be in command of Hazelton Federal Correctional Complex, in West Virginia.

Respectfully your,

P.S: TITLE 18 U.S CODE, SECTION 4042:
Duty or obligation of Attorney General and Warden (FBOP).
To provide "SAFEKEEPER" of prisoners while in custody.

CLAIM 4: Supporting Facts:                    Education Supervisor Ms. M. Thompkis.

This evil means intent by Education Supervisor Ms. M. Thompkis. allowing her staff to degrade me in the eyes of the Court and others confined, intentionally allowing staff act with prejudice and corruptive misconduct by harassing, retaliating and obstructing Plaintiff from repeating complaints, filing grievances, or file lawsuit to cover up, support to justify a tremendous act committed toward Plaintiff and against the BOP's system rules by FCI warden M.B. Antonelli and FCI warden Paul Adams, using females staff to get away with exposures.

This failure by Education Supervisor Ms. M. Thompkis, to take corrective action to stop her staff in Education to cease harassing and interferring with inmate legal work is also an important tool in support of the administration.

I've been discriminated and treated with cruel and unusual treatment by staff in the Health, Education and Food Service Departments, under the authority and supervision of Associate warden A. Garcia, who has failed to take a corrective action as well as Education Supervisor Ms. M. Thompkis.

It is regrettable to see how FCC Hazelton warden M.B. Antonelli, FCI warden Paul Adams, are using females staff to get away with this harsh abuse of Power and authority, putting this females' Job at risk.

This actions and omissions constitute violations of the First, Fifth and Eight Amendment to the United States Constitution.

"See AttachMents"

CLAIM 5: Hs. M. Bluerling. Education Teacher. The First Amendment prohibit Jail Prisons officials from retaliating against inmates who report complaints, File Grievances or File a lawsuits. This way of retaliation offends the Constitution and threatens to inhibit exercise of our protect rights.

Supporting Facts: Plaintiff has suffered Mental and emotional distress, aggravation, annoyance and inconvenience and other damages toward him or standing in the Education Department doing his legal work due to Education Specialist Hs. M. Bluerling, interfering with his legal would. Only to support and help M.R. Antonelli to get away of his exposures.

VI.   <u>INJURY</u>

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

" See Attachment."

VII.   <u>RELIEF</u>

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

"See Attachment."

## VI. INJURY.

Plaintiff has suffered monetary loss because of employment discrimination, mental emotional distress and higher risk of heart damges due to distress. (Read enclosed Mon-Hospital Medical Center Report) (MN) Cardilite Stress test performed on January 10, 20 Punitive damages for suffering humiliation, aggravation, annoyance and inconvenience.

Cruel and unusual treatment and diberate indifference (Standard) of the Eight Amendment. Loss of standing in the Health, Education, and Food Service Departments because of imminent threat of serious harassment, including threatening to place Plaintiff in in the Special Housing Unit (SHU) in retaliation for exercising Constitutional Rights for filing complaints.

## VII. RELIEF:

In conclusion Plaintiff want the Court award a compensatory damages of $1,000,000.00 Dollars for suffering humiliation and being hit three times with a retaliatory prisons transfer. To order the defendants to pay the full fees in this cases. Plaintiff is also asking to have all his GCT restored and the wrong done to him is righted.

Permanent injuctions and/or writ of prohibition and mandamus for filing this lawsuit. To bring a new administration to comply with the facility regulations and cease and desist obstructing the Due Process Rights of inmates. A fair medical treatment of inmates.

Plaintiff is also requesting Hazelton FCC Warden M.B. Antonelli, FCI Warden Paul Adams, Associate Wardens A. Garcia, R. Keys, Education Supervisor Ms. M. Thompkis, Education Teacher Ms. M. Bluemling, Unit Manager J. Rivera, Counselor D. Magerko etc., to be terminated from the Bureau of Prisons or removed from this Federal Correctional Complex in West Virginia, for Abuse of Power and Authority and Obstruction of Justice.

Please, assures that no retaliatory actions is taking against me by M.B. Antonelli Paul Adams, A. Garcia R. Keys, J. Rivera, D. Magerko or any other staff member for filing this lawsuit. By the way I am holding these mentioned staff officials responsibl should something untoward happen to me.

We know that the law is good is ones use it lawfully. 1 Tim. 1-8

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _FCI Hazelton_ on _MAY 26, 2020_.
            (Location)              (Date)

                                    Your Signature

I hereby swear that a true and correct copy of the foregoing (Bivens Action and Attachments) has been handed to Building N Unit 2 Officer C. Arthur, on May 26, 2020 @ 7:30 P.M., to place it in the prison Mail Box, Postage Prepaid First class Certified receipt # 91 7199 9991 7034 2701 5618, via the U.S. Postal Service, pursuant to 28 U.S.C. Section 1746, under the prison Mail Box rule, under penalty of perjury on this 26 day of May 2020 to the following:

Northern District of West Virginia.
Clerk, United States District court.
P.O. Box 471
Wheeling, West Virginia. 26003-0060

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Lazaro Quinones-Cedeno
            Plaintiff
_____

*Your full name*

v.                                              Civil Action No.: 3:20.CV-88

Ms.J. Ridenour, Education Specialist.
                Defendant
M.B. Antonelli, FCC Warden
                Defendant
P. Adams. FCI Warden
                Defendant
A. Garcia. Associate Warden
*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, Lazaro Quinones-Cedeno (your name here), appearing *pro se*, hereby certify

that I have served the foregoing _____(Bivens Action)_____(title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on May 01, 2020 (insert date here):

(List name and address of counsel for defendant(s))

_____

(sign your name)